PEOPLE'S PURE–ICE CO. et al. v. TRUMBULL et al.

TRUMBULL et al. v. FULLER et al.

(Circuit Court of Appeals, Seventh Circuit. January 16, 1896.)

Nos. 203 and 206.

Appeal from the Circuit Court of the United States for the Northern Division of the Northern District of Illinois.

For former report, see 70 Fed. 166.

William Burry, for People's Pure-Ice Co.

A. W. McDougald and W. T. Burgess, for Rollin H. Trumbull and Edwin G. Cheverton.

No opinion. Motion for modification of former opinion denied.

PHOENIX ASSUR. CO. OF LONDON v. SUMMERFIELD.

(Circuit Court of Appeals, Fourth Circuit. July 1, 1895.)

No. 126.

Error to Circuit Court of the United States for the Western District of Virginia.

Staples & Munford, for plaintiff in error.

Peatross & Harris, for defendant in error.

Settled by agreement of counsel.

PORT ROYAL & A. RY. CO. et al. v. AVERILL et al.

(Circuit Court of Appeals, Fourth Circuit. May 22, 1895.)

No. 132.

Appeal from Circuit Court of the United States for the District of South Carolina.

Mitchell & Smith, for appellants.

Appeal withdrawn without prejudice on order of court filed.

RICHMOND & D. R. CO. v. CHESTER & L. N. G. R. CO.

(Circuit Court of Appeals, Fourth Circuit. February 5, 1896.)

No. 146.

Appeal and cross appeal from Circuit Court of the United States for the District of South Carolina.

J. S. Cothran, for appellant.

A. G. Brice, for appellee.

Dismissed by consent, pursuant to the twenty-third rule (47 Fed. x.), the record not having been printed.